

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00425-CV

**IN THE INTEREST OF S.L.W.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00440
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's parental rights. The clerk's record was filed on July 25, 2022 and shows appellant filed a notice of appeal on July 13, 2022, in which she contends she is appealing an "Order of Termination" rendered on June 15, 2022. However, the clerk's record does not include a final order of termination signed by the trial court. The clerk's office of this court contacted the district clerk's office and was advised that no order of termination has been signed.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). A judgment is final for appellate purposes if it disposes of all pending parties and claims in the record. *Id.* Because it appears there is no final order of termination in the clerk's record, it appears there is no final judgment from which appellant may appeal at this time.

Accordingly, we ORDER appellant to file a written response in this court on or before August 22, 2022, showing cause why this appeal should not be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See id.* R. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We order the clerk of this court to serve a copy of this order on the trial court, appellant, appellee, and the district clerk.

It is so **ORDERED** on this 29th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

